# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310                          Date: 5/17/2021    Time: 11:00 a.m.

Defendant: Mohamed Mokbel (S)     J#: _____    Case #: 21-Cr-60113-KAM
AUSA: Laurence Bardfeld                Attorney: Bruce Fleisher, Esq., Charles Flood, Esq.
Violation: Conspiracy to Commit Health Care Fraud
Proceeding: Initial Appearance             CJA Appt: _____
Bond/PTD Held: ☑ Yes  ☐ No    Recommended Bond: $250K PSB with Home Detention
Bond Set at: $250 Secured Bond             Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs
☑ _____ x's a week/month by phone: _____ x's a week/month in person
☑ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary
☑ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☑ Maintain or seek full-time employment/education
☑ No contact with victims/witnesses
☑ No firearms
☑ Not to encumber property
☐ May not visit transportation establishments
☑ Home Confinement/Electronic Monitoring and/or GPS
  Curfew _____ pm to _____ am, paid by _____
☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☑ Travel extended to: SDFL, SD TX
☐ Other: _____

Language: English

Disposition:
Defendant present via VTC and verbally consents to proceed via video conference. Defendant advised of rights and charges.

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order requested

- Rule 5F Brady Order Entered.

NEXT COURT APPEARANCE   Date: ___  Time: ___  Judge: ___  Place: ___
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 11:32:54                               Time in Court: ____ 5

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..